No. 480. MELVILLE ET AL. v. WEYBREW ET AL. November 12, 1940. The motion to supplement the record is denied. The petition for writ of certiorari is denied for the reason that the application therefor was not made within the time provided by law.

Section 8 (a), Act of February 13, 1925 (43 Stat. 936, 940). *Mr. I. B. Melville* for petitioners.